UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA A. MCNEILL<br><br>    Plaintiff,<br><br>v.<br><br>STEWARD HEALTHCARE SYSTEM LLC, STEWARD HOLY FAMILY HOSPITAL, INC., JOSEPH W. AMBASH, MASSACHUSETTS NURSES ASSOCIATION, JAMES F. LAMOND, & RICHARD BOULANGER,<br><br>    Defendants | Civ. A. 1:19-cv-10697 |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Steward Health Care System LLC and Steward Holy Family Hospital, Inc., hereby state that Steward Holy Family Hospital, Inc. is wholly-owned by Steward Health Care System LLC. Steward Health Care System LLC has no publicly issued stock, nor is it owned by a publicly held corporation.

Respectfully submitted,

STEWARD HEALTH CARE SYSTEM LLC,
STEWARD HOLY FAMILY HOSPITAL, INC.,
& JOSEPH W. AMBASH,

By their attorney,

*/s/ Joshua D. Nadreau*
Joshua D. Nadreau (BBO No. 688970)
FISHER & PHILLIPS LLP
200 State Street, 7th Floor
Boston, Massachusetts 02109
T: (617) 722-0044
F: (617) 532-5899

Dated: April 12, 2019      jnadreau@fisherphillips.com

## CERTIFICATE OF SERVICE

I, Joshua D. Nadreau, hereby certify that on the date above the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Joshua D. Nadreau*
Joshua D. Nadreau